B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Southern District of Indiana

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Andover Coils, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>DBA Andover, Inc.; DBA Andover Coils | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all)<br>26-0186295 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>310 N. Earl Avenue<br>Lafayette, IN<br>ZIP Code: 47903 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code: |
| County of Residence or of the Principal Place of Business:<br>Tippecanoe | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>P.O. Box 4848<br>Lafayette, IN<br>ZIP Code: 47903 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code: |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Chapter 11 Debtors**

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Andover Coils, LLC |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: The Accession Group, LLC | Case Number: 15-01024-11 | Date Filed: 2/18/15 |
|---|---|---|
| District: Southern District of Indianapolis | Relationship: Parent Company | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Andover Coils, LLC |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X  /s/ Jeffrey M. Hester
Signature of Attorney for Debtor(s)

 Jeffrey M. Hester 22048-49
Printed Name of Attorney for Debtor(s)

 Tucker, Hester, Baker & Krebs, LLC
Firm Name

 One Indiana Square, Suite 1600
 Indianapolis, IN 46204

Address

 (317) 833-3030  Fax: (317) 833-3031
Telephone Number

 February 19, 2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Accession Group, LLC by
Signature of Authorized Individual

 Accession Group, LLC by
Printed Name of Authorized Individual

 its Member, Michael Coyle
Title of Authorized Individual

 February 19, 2015
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re   Andover Coils, LLC
Debtor(s)

Case No. _____
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Lafayette Community Bank<br>301 South Street<br>Lafayette, IN 47909 | Lafayette Community Bank<br>301 South Street<br>Lafayette, IN 47909 | Judgment obtained in Tippecanoe County | | 820,058.58 |
| D. Clute<br>72 Peppertree Court<br>Lafayette, IN 47905 | D. ~Clute<br>72 Peppertree Court<br>Lafayette, IN 47905 | Note | | 200,000.00 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Withholding | | 112,020.00 |
| Essex Group, Inc.<br>P.O. Box 90413<br>Chicago, IL 60696 | Essex Group, Inc.<br>P.O. Box 90413<br>Chicago, IL 60696 | Purchases on account | | 46,357.59 |
| Indiana Department of Revenue<br>Bankruptcy Section, N-240<br>100 N. Senate St.<br>Indianapolis, IN 46204 | Indiana Department of Revenue<br>Bankruptcy Section, N-240<br>100 N. Senate St.<br>Indianapolis, IN 46204 | Withholding | | 23,255.00 |
| Carman Associates, LLC<br>1726 Elmwood Lane<br>Kokomo, IN 46902 | Carman Associates, LLC<br>1726 Elmwood Lane<br>Kokomo, IN 46902 | Services provided | | 22,077.60 |
| Mid America Steel<br>200900 St Clair Avenue<br>Euclid, OH 44117 | Mid America Steel<br>200900 St Clair Avenue<br>Euclid, OH 44117 | Purchases on account | | 18,254.30 |
| Advanced Design & Machine<br>7339 State Road 28E<br>Clarks Hill, IN 47930 | Advanced Design & Machine<br>7339 State Road 28E<br>Clarks Hill, IN 47930 | Purchases on account | | 15,231.98 |
| Folkerts Mfg., Inc.<br>2229 23rd Avenue<br>Rockford, IL 61104 | Folkerts Mfg., Inc.<br>2229 23rd Avenue<br>Rockford, IL 61104 | Purchases on account | | 15,121.95 |
| Hasser Enterprises, Inc.<br>8023 US Highway 52W<br>West Lafayette, IN 47906 | Hasser Enterprises, Inc.<br>8023 US Highway 52W<br>West Lafayette, IN 47906 | Purchases on account | | 14,397.45 |
| Huston Electric<br>P.O. Box 904<br>Kokomo, IN 46903 | Huston Electric<br>P.O. Box 904<br>Kokomo, IN 46903 | Services provided | | 12,635.17 |

B4 (Official Form 4) (12/07) - Cont.

In re  Andover Coils, LLC  
                Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Express<br>P.O. Box 650448<br>Dallas, TX 75265 | American Express<br>P.O. Box 650448<br>Dallas, TX 75265 | Credit card purchases | | 12,213.84 |
| Allstar Staffing<br>P.O. Box 2172<br>Clinton, IA 52733 | Allstar Staffing<br>P.O. Box 2172<br>Clinton, IA 52733 | Services provided | | 11,290.79 |
| Century Labs II Corporation<br>6004 Highview Drive<br>Fort Wayne, IN 46818 | Century Labs II Corporation<br>6004 Highview Drive<br>Fort Wayne, IN 46818 | Judgment obtained in Allen County Superior Court; Cause No. 02D01-1309-PL-00349 | | 9,913.00 |
| Electro Magnetic Products, Inc.<br>355 Crider Avenue<br>Moorestown, NJ 08057 | Electro Magnetic Products, Inc.<br>355 Crider Avenue<br>Moorestown, NJ 08057 | Purchases on account | | 8,256.00 |
| G.H.L. Industries, LLC<br>N144W5560 Pioneer Road<br>Cedarburg, WI 53012 | G.H.L. Industries, LLC<br>N144W5560 Pioneer Road<br>Cedarburg, WI 53012 | Purchases on account | | 7,986.99 |
| Flextron Circuit Assemply<br>2503 Pan Am Blvd.<br>Elk Grove Village, IL 60007 | Flextron Circuit Assemply<br>2503 Pan Am Blvd.<br>Elk Grove Village, IL 60007 | Purchases on account | | 7,538.00 |
| Thomas and Skinner<br>P.O. Box 6069, Dept 89<br>Indianapolis, IN 46206 | Thomas and Skinner<br>P.O. Box 6069, Dept 89<br>Indianapolis, IN 46206 | Services provided | | 6,360.30 |
| Marian Mexico<br>11401 Pellicano Drive<br>El Paso, TX 79936 | Marian Mexico<br>11401 Pellicano Drive<br>El Paso, TX 79936 | Purchases on account | | 6,188.50 |
| Emerson Industries<br>721 North Yale Avenue<br>Villa Park, IL 60181 | Emerson Industries<br>721 North Yale Avenue<br>Villa Park, IL 60181 | Purchases on account | | 5,684.33 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the its Member, Michael Coyle of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  February 19, 2015        Signature  /s/ Accession Group, LLC by  
                                                                    Accession Group, LLC by  
                                                                    its Member, Michael Coyle

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B6D (Official Form 6D) (12/07)

In re  Andover Coils, LLC                              ,      Case No. _____
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx8236<br><br>First Financial Bank, N.A.<br>3690 Concord Road<br>Lafayette, IN 47909 | X | - | 2009<br><br>Business Loan<br>UCC - All Assets, subordinated<br><br>Value $   Unknown | | | | 226,859.00 | Unknown |
| Account No. xx7-221<br><br>Indiana Community Business Credit Corp<br>4181 E. 96th Street, Suite 200<br>Indianapolis, IN 46240 | X | - | 2007<br><br>Business Loan<br>UCC - All Assets, Subordinated<br><br>Value $   Unknown | | | | 461,865.00 | Unknown |
| Account No. N/A<br><br>Indiana Community Business Credit Corp<br>4181 E. 96th Street, Suite 200<br>Indianapolis, IN 46240 | X | - | 2007<br><br>Fee owed at payoff<br>UCC - All Assets - subordinated<br><br>Value $   Unknown | | | | 175,000.00 | Unknown |
| Account No. xx-x-xxxxxx5003<br><br>Lafayette Community Bank<br>301 South Street<br>Lafayette, IN 47909 | X | - | 2010<br><br>Business Loan<br>UCC - All Assets<br>First priority/SBA Loan and Judgment<br><br>Value $   Unknown | | | | 2,417,550.00 | Unknown |
| __1__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 3,281,274.00 | 0.00 |


B6D (Official Form 6D) (12/07) - Cont.

In re  Andover Coils, LLC　　　　　　　　　　　　　　,　　Case No. _____
　　　　　　　　　　　　　Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxx5007　Lafayette Community Bank　301 South Street　Lafayette, IN 47909 | X | - | 2012　Line of Credit　UCC - Accounts Receivable and Inventory　First Priority / SBA loan and judgment　Value $　Unknown | | | | 796,491.00 | Unknown |
| Account No.　Rocin Financial, LLC　4481 Stergen Drive　Lafayette, IN 47909 | X | - | UCC　Judgment obtained in Tippecanoe County Superior Court; Cause No. 79D02-1307-CC-00030　Value $　Unknown | X | | X | 121,326.54 | Unknown |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet  1  of  1   continuation sheets attached to　　　　　　　　　Subtotal　　　　　917,817.54　　　0.00
Schedule of Creditors Holding Secured Claims　　　　　　　　(Total of this page)

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total　　　　　　4,199,091.54　　　0.00
　　　　　　　　　　　　　　　　　　　　　　　　　　(Report on Summary of Schedules)

B6E (Official Form 6E) (4/13)

.

In re   Andover Coils, LLC                                ,   Case No. _____
                                                 Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                              1___ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  Andover Coils, LLC ,  Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxx8456  Indiana Department of Revenue  Bankruptcy Section, N-240  100 N. Senate St.  Indianapolis, IN 46204 | - | | 4/2014 to 1/2015  Withholding | | | | 23,255.00 | | 23,255.00 0.00 |
| Account No.  Internal Revenue Service  P.O. Box 7346  Philadelphia, PA 19101-7346 | - | | 2nd, 3rd and 4th Quarters  Withholding | | | | 112,020.00 | 0.00 | 112,020.00 |
| Account No.  Tippecanoe County Treasurer  20 North 3rd Street  Lafayette, IN 47901 | - | | 2014  Personal Property Taxes | | | | Unknown | Unknown | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  1  of  1  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page) 135,275.00

Total
(Report on Summary of Schedules) 135,275.00

23,255.00
112,020.00

23,255.00
112,020.00

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re: Andover Coils, LLC

Debtor(s)

Case No.

Chapter 11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the its Member, Michael Coyle of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __48__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: February 19, 2015

Signature: /s/ Accession Group, LLC by
Accession Group, LLC by
its Member, Michael Coyle

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Southern District of Indiana

In re   Andover Coils, LLC ,   Case No. _____

Debtor

Chapter   11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Accession Group, LLC<br>632 Lockerbie Place, Suite 100<br>Carmel, IN 46032 | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the its Member, Michael Coyle of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   February 19, 2015       Signature  /s/ Accession Group, LLC by
                                          Accession Group, LLC by
                                          its Member, Michael Coyle

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

___0___   continuation sheets attached to List of Equity Security Holders

| | | |
|---|---|---|
| 310 N. EARL LLC<br>P.O. BOX 10159<br>TERRE HAUTE, IN 47801 | 421 PALLET & CRATE<br>888 SOUTH US 421<br>FRANKFORT, IN 46041 | A-1 PACKAGING<br>1048 B. SAGAMORE PKWY WEST<br>WEST LAFAYETTE, IN 47906 |
| ABRASIVE PRODUCTS, LLC<br>P.O. BOX 361281<br>INDIANAPOLIS, IN 46236 | ACCESSION GROUP, LLC<br>632 LOCKERBIE PLACE, SUITE 100<br>CARMEL, IN 46032 | ACCESSION GROUP, LLC/THE<br>632 LOCKERBIE PLACE SUITE 10<br>CARMEL, IN 46032 |
| ACE FIRE PROTECTION<br>2112 SOUTH STRET<br>LAFAYETTE, IN 47904 | ADAMS MAGNETIC PRODUCTS CO.<br>88 LARCH AVENUE<br>ELMHURST, IL 60126 | ADKEV, INC.<br>P.O. BOX 390<br>GOODLAND, IN 47948 |
| ADVANCED DESIGN & MACHINE<br>7339 STATE ROAD 28E<br>CLARKS HILL, IN 47930 | ADVANCED REPAIR & MACHING, INC.<br>3311 IMPERIAL PARKWAY, SUITE B<br>LAFAYETTE, IN 47909 | AGET MANUFACTURING CO<br>P.O. BOX 248<br>ADRIAN, MI 49221 |
| AGSCO CORPORATION<br>160 W. HINTZ ROAD<br>WHEELING, IL 60090 | ALLIED WIRE AND CABLE<br>P.O. BOX 26157<br>COLLEGEVILLE, PA 19426 | ALLSTAR MAGNETICS, INC.<br>6205 NE 63RD STREET<br>VANCOUVER, WA 98661 |
| ALLSTAR STAFFING<br>P.O. BOX 2172<br>CLINTON, IA 52733 | AMERICAN DURAFILM CO., INC.<br>55 BOYNTON ROAD<br>P.O. BOX 6770<br>HOLLISTON, MA 01746 | AMERICAN EXPRESS<br>P.O. BOX 650448<br>DALLAS, TX 75265 |
| AMERWAY INC.<br>3701 BEALE AVENUE<br>ALTOONA, PA 16601 | ARROW CONTAINER<br>5343 COMMERCE SQUARE DRIVE<br>INDIANAPOLIS, IN 46237 | BAHRS DIE & STAMPING CO., I<br>4375 ROSSPLAIN ROAD<br>CINCINNATI, OH 45236 |
| BALL EGGLESTON P.C.<br>P.O. BOX 1535<br>LAFAYETTE, IN 47902 | KAMI BYERS<br>P.O. BOX 4848<br>LAFAYETTE, IN 47903 | C & D MACHINE, INC.<br>207 EAST COMMERCIAL STREET<br>LYNDON, IL 61261 |
| CARMAN ASSOCIATES, LLC<br>1726 ELMWOOD LANE<br>KOKOMO, IN 46902 | CDF CORPORATION<br>77 INDUSTRIAL PARK ROAD<br>PLYMOUTH, MA 02360 | CENTRAL CONNECTORS<br>4 BRIDGE DRIVE<br>ENGLISHTOWN, NJ 07726 |

| | | |
|---|---|---|
| CENTURY LABS II CORPORATION<br>6004 HIGHVIEW DRIVE<br>FORT WAYNE, IN 46818 | CITY OF LAFAYETTE<br>P.O. BOX 1688<br>LAFAYETTE, IN 47902 | D. CLUTE<br>72 PEPPERTREE COURT<br>LAFAYETTE, IN 47905 |
| COLBY METAL<br>701 INDUSTRIAL DRIVE<br>MANITOWOC, WI 54221 | COLLECTORS & FILTERS, INC.<br>C/O AGET MFG CORP<br>995 E. 256TH STREET<br>SHERIDAN, IN 46069 | COMCAST<br>P.O. BOX 3006<br>SOUTHEASTERN, PA 19398 |
| COMPUTER AIDED TECHNOLOGY, INC.<br>165 N. ARLINGTON HEIGHTS RD., SUITE 101<br>BUFFALO GROVE, IL 60089 | CON-WAY FREIGHT, INC.<br>P.O. BOX 5160<br>PORTLAND, OR 97280 | CONSTELLATION NEW ENERGY GL<br>15246 COLLECTIONS CENTER DR<br>BANK OF AMERICA LOCKBOX<br>CHICAGO, IL 60693 |
| MIKE COYLE<br>632 LOCKERBIE PLACE, SUITE 100<br>CARMEL, IN 46032 | CRA-WAL CONTAINER<br>P.O. BOX 92979<br>CLEVELAND, OH 44194 | CREW CUTS LAWN CARE<br>250 N. 550 E<br>LAFAYETTE, IN 47905 |
| CSA INTERNATIONAL<br>P.O. BOX 66512<br>CHICAGO, IL 60666 | CUSTOM MACHINE SHOP<br>711 N. 31ST STREET<br>LAFAYETTE, IN 47904 | DAYTON FREIGHT<br>P.O. BOX 340<br>VANDALIA, OH 45377 |
| DELIVER-EEZ, LLC<br>3456 BYRD DRIVE<br>INDIANAPOLIS, IN 46237 | DIAMOND V. OUTDOOR SPORTS<br>5 N. EARL AVENUE<br>LAFAYETTE, IN 47904 | DIELECTRIC SCIENCES, INC.<br>88 TURNPIKE ROAD<br>CHELMSFORD, MA 01824 |
| DIESEL & GAS TURBINE PUBLICATIONS<br>P.O. BOX 1181<br>KENOSHA, WI 53141 | DIVERSIFIED FASTENING SYSTEMS, INC.<br>501 RICHINGS STREET<br>CHARLES CITY, IA 50616 | DUKE ENERGY<br>P.O. BOX 1327<br>CHARLOTTE, NC 28201 |
| EIS, INC.<br>P.O. BOX 98059<br>CHICAGO, IL 60693 | ELECTRO MAGNETIC PRODUCTS, INC.<br>355 CRIDER AVENUE<br>MOORESTOWN, NJ 08057 | ELECTRO-CORE INC.<br>P.O. BOX 1727<br>WASHINGTON, MO 63090 |
| ELEKTRISOLA, INC.<br>126 HIGH STREET<br>CONCORD, NH 03303 | ELWOOD STAFFING<br>P.O. BOX 1024<br>COLUMBUS, IN 47202 | EMERSON INDUSTRIES<br>721 NORTH YALE AVENUE<br>VILLA PARK, IL 60181 |

| | | |
|---|---|---|
| EMPIRE SCREEN PRINTING, INC.<br>BOX 218, N5206 MARCO RAOD<br>ONALASKA, WI 54650 | ENGLEWOOD ELECTRIC SUPPLY CO.<br>P.O. BOX 802578<br>CHICAGO, IL 60680 | ERICKSON AUTOMATICS, INC.<br>P.O. BOX 216<br>CEDAR, MN 55011 |
| ESSEX GROUP, INC.<br>P.O. BOX 90413<br>CHICAGO, IL 60696 | EXACTO SPRING CORP.<br>P.O. BOX 24<br>GRAFTON, WI 53024 | FAIR-RITE PRODUCTS CORP.<br>P.O. BOX 8000<br>BUFFALO, NY 14267 |
| FASTENAL COMPANY<br>P.O. BOX 1286<br>WINONA, MN 55987 | FCX PERFORMANCE, INC.<br>P.O. BOX 712465<br>COAL RUN, OH 45721 | FED EX<br>P.O. BOX 371627<br>PITTSBURGH, PA 15251 |
| FED EX FREIGHT<br>DEPT CH<br>P.O. BOX 10306<br>PALATINE, IL 60055 | FERRO CORPORATION<br>P.O. BOX 5831<br>CLEVELAND, OH 44193 | FIRST FINANCIAL BANK, N.A.<br>3690 CONCORD ROAD<br>LAFAYETTE, IN 47909 |
| FIRST INSURANCE FUNDING CORP.<br>P.O. BOX 66468<br>CHICAGO, IL 60666 | FISHER EQUIPMENT COMPANY<br>6841 NORTH ROCHESTER ROAD<br>ROCHESTER, MI 48306 | FLEX-PAC, INC.<br>6075 LAKESIDE BLVD.<br>INDIANAPOLIS, IN 46278 |
| FLEXTRON CIRCUIT ASSEMPLY<br>2503 PAN AM BLVD.<br>ELK GROVE VILLAGE, IL 60007 | FOLKERTS MFG., INC.<br>2229 23RD AVENUE<br>ROCKFORD, IL 61104 | FROSTLINES, INC.<br>7200 FRANCE AVE. SO., SUITE 3<br>MINNEAPOLIS, MN 55435 |
| FULTON INDUSTRIES, INC.<br>135 E. LINFOOT STREET<br>P.O. BOX 377<br>WAUSEON, OH 43567 | FULTON MANUFACTURING, LLC<br>21693 DRAKE ROAD<br>STRONGSVILLE, OH 44149 | G.H.L. INDUSTRIES, LLC<br>N144W5560 PIONEER ROAD<br>CEDARBURG, WI 53012 |
| GEMCO<br>P.O. BOX 846<br>DANVILLE, IL 61834 | GEXPRO<br>P.O. BOX 100275<br>ATLANTA, GA 30384 | GLOBAL DISPATCH SERVICES, I<br>301 GRAND CENTRAL BLVD.<br>LAREDO, TX 78045 |
| GLOBAL ELECTRIC SERVICES, INC.<br>5325 PALMERO COURT<br>BUFORD, GA 30518 | GRAINGER<br>1819 WEST 16TH STREET<br>INDIANAPOLIS, IN 46202 | GRAPHIC VISION INC.<br>272 BEATEN PATH ROAD<br>MOORESVILLE, NC 28117 |

GUARDIAN LIFE INSURANCE CO.
P.O. BOX 677458
DALLAS, TX 75267

GULF BAYPORT CHEMICALS, L.P.
7700 SAN FELIPE, SUITE 125
HOUSTON, TX 77063

HASSER ENTERPRISES, INC.
8023 US HIGHWAY 52W
WEST LAFAYETTE, IN 47906

HILEC, INC.
P.O. BOX 72410
CLEVELAND, OH 44192

HUMANADENTAL SERVICES
P.O. BOX 0884
CAROL STREAM, IL 60132

HUSTON ELECTRIC
P.O. BOX 904
KOKOMO, IN 46903

HUSTON ELECTRIC
2723 OLD ROMNEY ROAD
LAFAYETTE, IN 47909

INDIANA COMMUNITY BUSINESS CREDIT CORP
4181 E. 96TH STREET, SUITE 200
INDIANAPOLIS, IN 46240

INDIANA DEPARTMENT OF REVE
BANKRUPTCY SECTION, N-240
100 N. SENATE ST.
INDIANAPOLIS, IN 46204

INDIANA STAMP CO., INC.
P.O. BOX 8887
FORT WAYNE, IN 46898

INDUSTRIAL PLATING, INC.
120 NORTH 36TH STREET
LAFAYETTE, IN 47905

INTERLAKE STAMPING
4732 EAST 355TH STREET
WILLOUGHBY, OH 44094

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

ISOLANTITE MFG. CO., INC.
337 WARREN AVENUE
STIRLING, NJ 07980

ITASCA SYSTEMS, INC.
4602 HIGHWAY T
EGG HARBOR, WI 54209

J.L. ANDERSON HEATING & COOLING
P.O. BOX 8224
LAFAYETTE, IN 47903

KEENER RUBBER COMPANY
P.O. BOX 2717
ALLIANCE, OH 44601

KTG HOLDINGS, LLC
632 LOCKERBIE PLACE, SUITE 1
CARMEL, IN 46032

KURT D. WALTERHOUSE
632 LOCKERBIE PLACE, SUITE 100
CARMEL, IN 46032

LAFAYETTE COMMUNITY BANK
301 SOUTH STREET
LAFAYETTE, IN 47909

LAFAYETTE ELECTRONIC SUPPL IN
405 N. EARL AVENUE, SUITE B
LAFAYETTE, IN 47904

LAFAYETTE GLASS
2841 TEAL ROAD
LAFAYETTE, IN 47905

LAFAYETTE HARDWARE
10 CREASY COURT
LAFAYETTE, IN 47905

LAS CRUCES MACHINE MFG & E
6000 S. MAIN STREET, SUITE B
MESILLA PARK, NM 88047

LH INDUSTRIAL SUPPLIES
10 CREASY COURT
LAFAYETTE, IN 47905

LINDAU CHEMICALS, INC.
731 ROSEWOOD DR.
COLUMBIA, SC 29201

LOGAN STAMPINGS, INC.
P.O. BOX 298
LOGANSPORT, IN 46947

| | | |
|---|---|---|
| MAGNETICS<br>26721 NETWORK PLACE<br>CHICAGO, IL 60673 | MARIAN CHICAGO<br>396 WEGNER DRIVE<br>WEST CHICAGO, IL 60185 | MARIAN MEXICO<br>11401 PELLICANO DRIVE<br>EL PASO, TX 79936 |
| MCM INDUSTRIES CO., INC.<br>25825 SCIENCE PARK, SUITE 260<br>BEACHWOOD, OH 44122 | MELAUN INDUSTRIES<br>1639 WEST MARKET STREET<br>INDIANAPOLIS, IN 46222 | MIA TECHNOLOGIES, INC.<br>3937 UW HWY 52 SOUTH<br>LAFAYETTE, IN 47905 |
| MICHAEL P. COYLE<br>632 LOCKERBIE PLACE, SUITE 100<br>CARMEL, IN 46032 | MID AMERICA STEEL<br>200900 ST CLAIR AVENUE<br>EUCLID, OH 44117 | NEWARK ELECTRONICS<br>P.O. BOX 94151<br>PALATINE, IL 60094 |
| NORTH ALABAMA LASERFAB, INC.<br>26919 LESTER ROAD<br>LESTER, AL 35647 | OLD NATIONAL - PBB GROUP | OLD NATIONAL - UPS |
| OMAHA BOX CO.<br>2501 NORTH 21 E.<br>P.O. BOX 1172<br>OMAHA, NE 68101 | OMNICO, LLC<br>720 N. KITNER PARKWAY<br>SUNBURY, OH 43074 | ONE COMMUNICATION CORP<br>P.O. BOX 415701<br>BOSTON, MA 02241 |
| P. FREDERICK PFENNINGER<br>9247 N. MERIDIAN STREET, SUITE 219<br>INDIANAPOLIS, IN 46260 | PARAMOUNT TUBE, INC.<br>1430 PROGRESS ROAD<br>P.O. BOX 80400<br>FORT WAYNE, IN 46898 | PEI GENESIS<br>2180 HORNING ROAD<br>PHILADELPHIA, PA 19116 |
| PENCOM<br>1300 INDUSTRIAL RD., SUITE 21<br>SAN CARLOS, CA 94070 | PERMACORP<br>9540 S. TULLEY AVENUE<br>OAK LAWN, IL 60453 | PITNEY BOWES GLOBAL FINANC<br>P.O. BOX 371887<br>PITTSBURGH, PA 15250 |
| PLEWS SHADLEY RACHER & BRAUN<br>1346 N. DELAWARE STREET<br>INDIANAPOLIS, IN 46202 | PRECISION QUINCY CORP<br>1625 W. LAKE SHORE DR<br>WOODSTOCK, IL 60098 | PRIME ENGINEERED COMPONEN<br>P.O. BOX 359<br>WATERTOWN, CT 06795 |
| PRO GASKET AEROSPACE & AUTOMOTIVE<br>P.O. BOX 21<br>SCHOOLEYS MOUNTAIN, NJ 07870 | PROTECTIVE CLOSURES CO., INC.<br>P.O. BOX 98174<br>CHICAGO, IL 60693 | PURCHASE POWER<br>P.O. BOX 371874<br>PITTSBURGH, PA 15250 |

| | | |
|---|---|---|
| QUALITY METAL PRODUCTS, INC.<br>210 COMMERCE DRIVE<br>LAGRANGE, OH 44050 | QUILL CORPORATION<br>P.O. BOX 37600<br>PHILADELPHIA, PA 19101 | REED & COMPANY, P.C.<br>P.O. BOX 1128<br>672 MAIN STREET<br>LAFAYETTE, IN 47902 |
| REILING TEDER & SCHRIER, LLC<br>250 MAIN STREET, SUITE 601<br>P.O. BOX 280<br>LAFAYETTE, IN 47902 | ROBERT O. VEGELER<br>110 WEST BERRY STREET, SUITE 1200<br>FORT WAYNE, IN 46802 | ROCC EMPLOYER SERVICES<br>1321 UNITY PLACE SUITE A<br>LAFAYETTE, IN 47905 |
| ROCIN FINANCIAL, LLC<br>4481 STERGEN DRIVE<br>LAFAYETTE, IN 47909 | EDWARD ROSE<br>3090 PHEASANT RUN DR.<br>LAFAYETTE, IN 47909 | SHAWVER PRESS, INC.<br>100 EAST MAIN STREET<br>P.O. BOX 31<br>MORRISON, IL 61270 |
| SIMPLEXGRINNELL<br>DEPT CH 10320<br>PALATINE, IL 60055 | SKY BOX PACKAGING<br>P.O. BOX 1567<br>MANSFIELD, OH 44901 | SPARKTRONIC<br>SHANGGULIN, DAGANG DISTRICT<br>TIANJIN<br>CHINA |
| SPRINT<br>501 N. 13TH AVENUE<br>CORNELIUS, OR 97113 | STAR TECHNOLOGY<br>200 EXECUTIVE DRIVE<br>WATERLOO, IN 46793 | STATE INDUSTRIES<br>1390 CHURCH AVENUE<br>WINNIPEG MB R2X 1G4 |
| STELLAR TECHNICAL PRODUCTS<br>707 EAST GARDENA BLVD.<br>GARDENA, CA 90248 | SUPERIOR OIL COMPANY, INC.<br>400 W. REGENT<br>INDIANAPOLIS, IN 46225 | TEMPEL STEEL CO.<br>7089 SOLUTIONS CENTER<br>CHICAGO, IL 60677 |
| THOMAS AND SKINNER<br>P.O. BOX 6069, DEPT 89<br>INDIANAPOLIS, IN 46206 | TIPPECANOE COUNTY TREASURER<br>20 NORTH 3RD STREET<br>LAFAYETTE, IN 47901 | TRI-ESCO, INC.<br>P.O. BOX 6386<br>LAFAYETTE, IN 47903 |
| TYCO ELECTRONICS CORP<br>24627 NETWORK PLACE<br>CHICAGO, IL 60673 | TYCO INTEGRATED SECURITY LLC<br>P.O. BOX 371967<br>PITTSBURGH, PA 15250 | U.S. OFFICE & INDUSTRIAL SUP<br>P.O. BOX 7612<br>VAN NUYS, CA 91409 |
| ULBRICH PRECISION FLAT WIRE<br>P.O. BOX 845164<br>BOSTON, MA 02284 | ULINE<br>2200 SOUTH LAKESIDE DRIVE<br>WAUKEGAN, IL 60085 | UNIQUE PRODUCTS, INC.<br>8650 YERMOLAND DRIVE<br>EL PASO, TX 79907 |

| | | |
|---|---|---|
| UPS FREIGHT<br>28013 NETWORK PLAC<br>CHICAGO, IL 60673 | USF HOLLAND<br>27052 NETWORK PLACD<br>CHICAGO, IL 60673 | USIC CORPORATION<br>638 MOORE ROAD<br>AVON LAKE, OH 44012 |
| VAN AUSDALL & FARRAR<br>6430 E. 75TH STREET<br>INDIANAPOLIS, IN 46250 | CARL VANDEVENDER<br>217 SYLVIA STREET<br>WEST LAFAYETTE, IN 47906 | VECTREN<br>P.O. BOX 6248<br>INDIANAPOLIS, IN 46206-6248 |
| VON TOBELS<br>319 N. EARL AVENUE<br>LAFAYETTE, IN 47904 | KURT WALTERHOUSE<br>310 NORTH EARL AVENUE<br>LAFAYETTE, IN 47904 | KURT D. WALTERHOUSE<br>632 LOCKERBIE PLACE, SUITE 1<br>CARMEL, IN 46032 |
| WHOLESALE INDUSTRIAL TAPE<br>P.O. BOX 7840<br>VAN NUYS, CA 91409 | WISCO INDUSTRIES, INC.<br>P.O. BOX 3016<br>MILWAUKEE, WI 53201 | WYATT COMMUNICATIONS, INC.<br>P.O. BOX 537<br>LAFAYETTE, IN 47902 |
| YANKEE STEEL, INC.<br>431 N. 14TH<br>TERRE HAUTE, IN 47807 | YRC<br>P.O. BOX 93151<br>CHICAGO, IL 60673 | |

# United States Bankruptcy Court
## Southern District of Indiana

In re    Andover Coils, LLC                                       Case No.
                              Debtor(s)                            Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Andover Coils, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

February 19, 2015                               /s/ Jeffrey M. Hester
Date                                            Jeffrey M. Hester
                                                Signature of Attorney or Litigant
                                                Counsel for   Andover Coils, LLC
                                                Tucker, Hester, Baker & Krebs, LLC
                                                One Indiana Square, Suite 1600
                                                Indianapolis, IN 46204
                                                (317) 833-3030 Fax:(317) 833-3031